*[handwritten notes: "local counsel-based PHVoc-PA ok."]*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pendleton Woolen Mills, Inc.

Civil Case No. 11-592-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Plaintiff(s),

v.

The Round Up Association

Defendant(s).

Attorney __Theodore J. Kobus, III__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Kobus__ __Theodore__ __J.__
       (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: __Marshall, Dennehey, Warner, Coleman & Goggin__
Mailing Address: __1845 Walnut Street__
City: __Philadelphia__ State: __PA__ Zip: __19103__
Phone Number: __215-575-2713__ Fax Number: __215-575-0856__
Business E-mail Address: __tjkobus@mdwcg.com__

41512

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Pennsylvania, 1994, 73034; New Jersey, 1995; New York, 2011

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of Pennsylvania, 1995; New Jersey, 1995; U.S.C.A. for Federal Circuit, 2002;
Western District of Pennsylvania, 1998; United States Court of Appeals for the Third Circuit, 2002;
Middle District of Pennsylvania, 2004; Colorado, 2009

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 10,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant, The Round Up Association

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 7th day of July, 2011

_____
*(Signature of Pro Hac Counsel)*

Theodore J. Kobus, III
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 8th day of July, 2011

_____
*(Signature of Local Counsel)*

Name: Smith                    Charles              T.
      *(Last Name)*            *(First Name)*       *(MI)*    *(Suffix)*

Oregon State Bar Number: 651177

Firm or Business Affiliation: Mitchell, Lang & Smith

Mailing Address: 2000 One Main Place, 101 S. W. Main Street

City: Portland          State: Oregon    Zip: 97204-3230

Phone Number: 503-221-1011    Business E-mail Address: csmith@mls-law.com

---

### COURT ACTION

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 12th day of July, 2011

_____
Judge

U.S. District Court–Oregon                    Application for Special Admission - *Pro Hac Vice*
Revised February 17, 2011                                                        Page 3 of 3

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Application for Special Admission – *Pro Hac Vice* on the following parties:

> Vicki L. Smith
> Parna A. Mehrbani
> Lane Powell PC
> 601 S.W. Second Ave., #2100
> Portland, OR 97204-3158
> Email: smithv@lanepowell.com
>   mehrbanip@lanepowell.com
>   Attorneys for Plaintiff

> Theodore J. Kobus
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1845 Walnut Street
> Philadelphia, PA 19103
> Email: tjkobus@mdwcg.com
>   Co-Counsel for Defendant The Round Up Association

by mailing a true and correct copy thereof to said parties on the date stated below.

DATED July 08, 2011.

_____
Charles T. Smith, OSB No. 651177
Of Attorneys for Defendant
Email: csmith@mls-law.com

Page 1 - CERTIFICATE OF SERVICE

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

H:\CTS\61106\Pleadings\COS.doc