# UNITED STATES DISTRICT COURT

### District of Oregon
### Portland Division

Pendleton Woolen Mills, Inc.,

                Plaintiff(s)

vs.                                                  Case No:    3:11-CV-592-AC

Round Up Association,

                Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:**

| | |
|---|---|
| Signature: | *[signed]* |
| Name & OSB ID: | Parna Mehrbani, OSB 053235 |
| e-mail address: | mehrbanip@lanepowell.com |
| Firm Name: | Lane Powell PC |
| Mailing Address: | 601 SW Second Ave. Suite 2100 |
| City, State, Zip: | Portland, OR 97204 |
| Phone Number: | 503-778-2100 |
| Parties Represented | Plaintiff |

cc:    Counsel of Record

Revised December 1, 2009                               Fed. R. Civ. P. 26(a)(1) Discovery Agreement